AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means        ☑ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No. 19-sw-214
FOUR U.S. POSTAL PARCELS LOCATED AT THE )
WASHINGTON GENERAL MAIL FACILITY, )
WASHINGTON, DC UNDER RULE 41 )

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

CONTRABAND CONTROLLED SUBSTANCES

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   G. Michael Harvey, U.S. Magistrate Judge   .
                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  5/31/2019                        *[signature]* Digitally signed by G. Michael Harvey
                                                        Date: 2019.05.31 15:44:00 -04'00'
                                                        *Judge's signature*

City and state:  Washington, DC                         G. Michael Harvey, U.S. Magistrate Judge
                                                        *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 19-sw-214 | Date and time warrant executed: 6/4/19  11:51 AM | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of: Ian Branigan, USPIS

Inventory of the property taken and name(s) of any person(s) seized:

See Attached

**FILED**

JUN - 4 2019

Clerk, U.S. District and Bankruptcy Courts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/4/19

_____
Executing officer's signature

Brian Duane Harris, US Postal Inspector
Printed name and title

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | Property Seized |
|---|---|---|
| 1. | (P) 9405 5368 9784 6863 1114 86 | Two heat sealed bags containing a green, leafy, plantlike substance suspected to be marijuana weighing approximately 1,070 grams. |
| 2. | (P) 9400 1368 9784 6864 6791 42 | No CDS, returned to mail stream. |
| 3. | (P) 9505 5144 9424 9145 2618 64 | No CDS, returned to mail stream. |
| 4. | (P) 9505 5144 9424 9145 2618 57 | No CDS, returned to mail stream. |